DAVID BORENSTEIN, Respondent, v. JEANETTE BORENSTEIN, Appellant. (Appeal No. 1.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

FRANK XAVIER DONNELLY, Appellant, v. MARION CECILE DONNELLY, Respondent.— Motion to direct appellant to pay to the attorney for respondent a reasonable sum as counsel fee upon the appeal herein denied upon the ground that the motion should be made at Special Term, without prejudice to the making of such a motion by respondent. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

ANNA V. EGAN, by Her Guardian ad Litem, WILLIAM F. EGAN, and WILLIAM F. EGAN, Respondents. WILLIAM EGAN, JR., by His Guardian ad Litem, WILLIAM F. EGAN, Plaintiff, v. ABE SOLOMON, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

FLATBUSH SAVINGS BANK, Plaintiff, v. MILDRED KORNBLAU and Another, Respondents; SAMUEL C. PULIS, as Receiver, Appellant; ALBERT H. DAVIS, Defendant, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals and for other relief denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of FERDINAND A. BRUNO, an Attorney and Counselor at Law.— Respondent disbarred and his name ordered struck from the roll of attorneys. Respondent, in the County Court of Kings county, pleaded guilty to the crime of grand larceny, first degree. The crime being a felony, his disbarment necessarily follows. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.